Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 CR 929 - 3 | **DATE** | 11/4/2003 |
| **CASE TITLE** | USA vs. RENEIKO CARLISLE | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Defendant moves for a copy of the trial transcript and the sentencing transcript without charge. That motion is denied.

(11) ■ [For further detail see

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | NOV 0 5 2003 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | 231 |
| | Copy to judge/magistrate judge. | | | |
| LG | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 98 CR 929 |
| | ) | |
| RENEIKO CARLISLE, | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

Defendant moves for a copy of the trial transcript and the sentencing transcript without charge. That motion is denied.

Defendant's counsel was furnished a copy of the transcripts to prosecute the appeal. We are unaware of authority to obtain additional copies. Because the defendant might not have that copy we contacted defendant's prior counsel, Jeffrey Steinback. Mr. Steinback advised that, although he no longer represented the defendant he had been in occasional contact with the defendant respecting various matters until fairly recently, and that he had sent copies of the transcripts to defendant three times: in January 2002, in June 2002, and again on January 7, 2003. The last copy was Mr. Steinback's office copy, and he no longer has one. Any one of those copies should suffice for defendant's purposes.

JAMES B. MORAN
Senior Judge, U. S. District Court

Nov. 4, 2003.